Rachel E. Kaufman, CA Bar No. 259353
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Putative Class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOBY HOY,** individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br><br>**KOLOR MARKETING INC.**,<br><br>    *Defendant*. | Case No. 3:21-cv-00956-JLB<br><br>**NOTICE OF SETTLEMENT** |

1

Notice of Settlement

Case No. 3:21-cv-00956-JLB

Plaintiff Toby Hoy hereby notifies the Court that the parties have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines be suspended pending the filing of the Notice of Dismissal.

                                    Respectfully Submitted,

Dated: July 26, 2021

/s/ Rachel E. Kaufman
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/Rachel E. Kaufman
Rachel E. Kaufman