Rachel E. Kaufman, CA Bar No. 259353
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOBY HOY,** individually and on behalf of all others similarly situated, | Case No. 3:21-cv-00956-JLB |
| *Plaintiff*, | **STIPULATION OF DISMISSAL** |
| v. | |
| **KOLOR MARKETING INC.,** | |
| *Defendant*. | |

1

Stipulation of Dismissal

Case No. 3:21-cv-00956-JLB

Plaintiff Toby Hoy and Defendant Kolor Marketing Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: September 1, 2021

*/s/ Rachel E. Kaufman*
Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorney for Plaintiff and the putative Class*

Respectfully Submitted,

Dated: September 1, 2021

*/s/ Anastasiya Menshikova*
Anastasiya Menshikova
anastasiya.menshikova@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West C Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-1006

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic

2

Stipulation of Dismissal
Case No. 3:21-cv-00956-JLB

1  Filing generated by CM/ECF.

2                                              */s/Rachel E. Kaufman*
3                                              Rachel E. Kaufman

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                    3

28

Stipulation of Dismissal

Case No. 3:21-cv-00956-JLB