UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY, et al.,<br><br>                         Plaintiffs,<br><br>v.<br><br>KOLOR MARKETING, INC.,<br><br>                         Defendant. | Case No.:  3:21-cv-956-L-JLB<br><br>**ORDER ON JOINT MOTION** |

Pending before the Court is the parties' joint motion to dismiss this action. (ECF 10). Based on that, the Court **DISMISSES** this action **WITH PREJUDICE** as to Plaintiff Toby Hoy. This action is **DISMISSED WITHOUT PREJUDICE** as to any other punitive class member. *See* Fed. R. Civ. P. 41, 23. Each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated:  September 2, 2021

_____
Hon. M. James Lorenz
United States District Judge